IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., and 3G LICENSING S.A.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>BLU PRODUCTS INC.,<br><br>　　　　　　Defendant. | **Civil Action No. 20-20813-Civ-Scola**<br><br><br>**JURY TRIAL DEMANDED** |

## JOINT DISCOVERY PLAN

Plaintiffs Sisvel International S.A. and 3G Licensing S.A., (hereinafter, "Plaintiffs"), and Defendant BLU Products, Inc., (hereinafter, "Defendant"), (all collectively, the "Parties"), pursuant to Fed. R. Civ. P. 16(b) and 26(f), and S.D. Fla. L.R. 16.1(b), and in accordance with this Court's Order (Dkt. No. 48), submit their Joint Scheduling Conference Report addressing discovery and other pretrial issues. Rule 16.1 disclosures will not be included in this Joint Plan since the Court has already issued a Scheduling Order in this case (D.E. 48).

    **A.**    **DISCOVERY PLAN PURSUANT TO FED. R. CIV. P. 26(f):** **Changes to the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made [Rule 26(f)(3)(A)]**

Plaintiffs will provide Defendant with initial disclosures by August 7, 2020. Defendant will provide initial disclosures to Plaintiffs within 14 days of the filing of the Joint Scheduling Report.

    **B.**    **Subjects on which discovery may be needed, when discovery should be completed and whether discovery should be conducted in phases or be limited to or focused on particular issues [Rule 26(f)(3)(B)]**

1

The Parties anticipate that discovery will be needed on: Defendant's alleged infringement of the patents-at-issue, validity of the patents-at-issue, sales of the Accused Products, and the value of the patents-at-issue. The Parties believe discovery should not be conducted in phases or limited in any way. The Parties agree that fact discovery should be completed on May 26, 2021, pursuant to the Court's July 31, 2020 Order.

**C.    Issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced [Rule 26(f)(3)(c) & Local Rule (b)(2)(K)(i)]**

The Parties will work to resolve any issues they have related to the disclosure, discovery, or preservation of electronically stored information. The Parties agree to produce electronically stored information in the form it is ordinarily maintained, or in a reasonably usable form, which may include native format with all available intact metadata when available.

**D.    Issues about claims of privilege or of protection as trial-preparation materials, including—if the parties agree on a procedure to assert these claims after production—whether to ask the court to include their agreement in ana order under Federal Rule of Evidence 502 [Rule 26(f)(3)(D) & Local Rule 16.1(b)(2)(K)(ii)]**

The Parties have already begun working on an agreed Protective Order that will address these issues. The Parties further agree to follow applicable Rules concerning claims of privilege.

**E.    What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed [Rule 26(f)(3)(E)]**

The Parties plan to conduct discovery as permitted by the applicable rules and do not foresee a need for changes or limitations thereto at this time.

**F.    Any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c) [Rule 26(f)(3)(F)**

As discussed above, the Parties have already begun discussing an agreed Protective Order to submit to the Court.

Dated: August 3, 2020

<div style="display: flex;">

/s/ Jorge Espinosa
Jorge Espinosa, Esq.
Florida Bar No.: 779032
jorge.espinosa@gray-robinson.com
Francesca Russo, Esq.
Florida Bar No.: 174912
francesca.russo@gray-robinson.com
Robert R. Jimenez, Esq.
Florida Bar No.: 72020
robert.jimenez@gray-robinson.com
**GRAY ROBINSON, P.A.**
333 S.E. 2nd Ave., Suite 3200
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887

OF COUNSEL

Neil A. Benchell
Admitted (*pro hac vice*)
nbenchell@devlinlawfirm.com
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, DE 19806
Tel: 302-449-9010

*Attorneys for Plaintiffs*
*Sisvel International S.A.*
*and 3G Licensing S.A.*

</div>

/s/ Bernard L. Egozi
Bernard L. Egozi
Florida Bar No. 152544
begozi@egozilaw.com
Yanina Zilberman
Florida Bar No. 105665
yanina@egozilaw.com
2999 NE 191 Street, Suite 407
Aventura, Florida 33180
Tel: 305-931-3000

*Counsel for Defendant,*
*Blu Products, Inc.*