IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 20-20813-Civ-Scola

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., and 3G LICENSING S.A., <br><br> Plaintiffs, <br><br> v. <br><br> BLU PRODUCTS INC., <br><br> Defendant. | JURY TRIAL DEMANDED |

## STIPULATION AND ORDER DISMISSING WITHOUT PREJUDICE PLAINTIFFS' COUNTS VI, VII, VIII, IX, X, XI, AND XII

This stipulation is made by and between Plaintiffs Sisvel International S.A. and 3G Licensing S.A. (collectively "Plaintiffs") and Defendant Blu Products Inc.

WHEREAS, Plaintiffs filed an Amended Complaint in the above-captioned case (D.I. 34) ("Plaintiffs' Amended Complaint"), including Counts VI-XII directed to infringement of U.S. Patent Nos. 7,274,933, 7,460,868, 7,596,375, 8,273,374, 8,472,955, 8,948,756, and 8,897,503;

WHEREAS, the parties now agree that dismissing Counts VI-XII is in the best interest of the parties and the Court;

NOW THEREFORE, it is hereby stipulated and agreed, subject to the approval of the Court that:

1. Count VI of Plaintiffs' Amended Complaint shall be dismissed without prejudice.

2. Count VII of Plaintiffs' Amended Complaint shall be dismissed without prejudice.

3. Count VIII of Plaintiffs' Amended Complaint shall be dismissed without prejudice.

4. Count IX of Plaintiffs' Amended Complaint shall be dismissed without prejudice.

5. Count X of Plaintiffs' Amended Complaint shall be dismissed without prejudice.

6. Count XI of Plaintiffs' Amended Complaint shall be dismissed without Prejudice.

7. Count XII of Plaintiffs' Amended Complaint shall be dismissed without Prejudice.

8. Each party shall bear its own costs and fees for resolution of these claims.

SO STIPULATED

| | |
|---|---|
| /s/Jorge Espinosa | /s/ Bernard L. Egozi |
| Jorge Espinosa, Esq. | Bernard L. Egozi |
| Florida Bar No.: 779032 | Florida Bar No. 152544 |
| jorge.espinosa@gray-robinson.com | begozi@egozilaw.com |
| Francesca Russo, Esq. | Yanina Zilberman |
| Florida Bar No.: 174912 | Florida Bar No. 105665 |
| francesca.russo@gray-robinson.com | yanina@egozilaw.com |
| Robert R. Jimenez, Esq. | 2999 NE 191 Street, Suite 407 |
| Florida Bar No.: 72020 | Aventura, Florida 33180 |
| robert.jimenez@gray-robinson.com | Tel: (305) 931-3000 |
| **GRAY ROBINSON, P.A.** | |
| 333 S.E. 2nd Ave., Suite 300 | *Counsel for Defendant,* |
| Miami, FL 33131 | *Blu Products, Inc.* |
| Tel: 305-416-6880 | |
| Fax: 305-416-6887 | |

OF COUNSEL:

Neil A. Benchell
Admitted (*pro hac vice*)
nbenchell@devlinlawfirm.com
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, DE 19806
Tel: 302-449-9010

*Attorneys for Plaintiffs*
*Sisvel International S.A.*
*and 3G Licensing S.A.*

IT IS SO ORDERED this _____ day of _____, 2020

_____
Robert N. Scola, Jr.
United States District Judge