**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

SISVEL INTERNATIONAL S.A.,
and 3G LICENSING S.A.,

Plaintiffs,

v.

BLU PRODUCTS, INC.,

Defendant.

Civil Action No. 20-cv-20813-RNS

**JOINT INTERIM STATUS REPORT**

Plaintiffs Sisvel International S.A. and 3G Licensing S.A. ("Sisvel"), and Defendant BLU Products, Inc. ("Blu") hereby submit this Joint Interim Status Report pursuant to the Court's Scheduling Order (D.I. 48) ("Scheduling Order") entered on July 31, 2020.

**A. Have all defendants been served? If not, state the reasons:**

Defendant Blu has been served. (D.I. 4.)

**B. Have all defendants responded to the complaint? If not, state the reasons.**

Blu filed an answer and affirmative defenses on May 21, 2020. (D.I. 47.)

**C. If this is a class action, has a motion for class certification been filed? If so, what is its status?**

This is not a class action case.

**D. Have the parties agreed on and selected a mediator? Have the parties agreed upon a place, date, and time for mediation?**

The parties will confer regarding the selection of a mediator and a place, date and time for mediation.

**E. Have the parties engaged in informal settlement negotiations? If not, explain the reasons for the failure to do so. If yes, state the status of such negotiations (*e.g.*, ongoing, impasse etc.) and the relative prospects for resolution through informal means.**

The parties initially engaged in informal settlement negotiations, however the parties were unable to come to a resolution. While the parties believe that settlement is possible, the parties have agreed to take a break in settlement discussions to allow the litigation to proceed. The parties anticipate continuing informal settlement discussions in the future.

**F. Describe the status of discovery conducted to date, and identify whether the parties reasonably believe that they will be able to complete discovery by the Court's deadline. If not, explain the reasons.**

Discovery is ongoing with the parties each having issued their initial set of discovery requests. In addition, Sisvel served infringement contentions on August 13, 2020. Blu did not issue any invalidity and non-infringement contentions. The parties anticipate that they will be able to complete discovery by the Court's deadline.

**G. Identify any other issues that the Court should be aware of that may affect the resolution of this matter or the schedule currently set.**

None at this time.

<SIGNATURES ON NEXT PAGE>

Dated: December 23, 2020

Respectfully Submitted,

*/s/ Jorge Espinosa*
Jorge Espinosa, Esq.
Florida Bar No: 779032
jorge.espinosa@gray-robinson.com
Francesca Russo, Esq.
francesca.russo@gray-robinson.com
Robert R. Jimenez, Esq.
robert.jimenez@gray-robinson.com
**GRAY | ROBINSON, P.A.**
333 S.E. 2nd Ave.
Suite 3200
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887

OF COUNSEL:

Neil A. Benchell (admitted *pro hac vice*)
nbenchell@devlinlawfirm.com
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, DE 19806
Tel: 302-449-9010

*Attorneys for Plaintiffs*
*Sisvel International S.A.*
*and 3G Licensing S.A.*

*/s/ Bernard Egozi*
Bernard L. Egozi (Florida Bar No. 152544)
begozi@egozilaw.com
Yanina Zilberman (Florida Bar No. 105665)
yanina@egozilaw.com
EGOZI & BENNETT, P.A.
2999 NE 191 Street, Suite 407
Aventura, Florida 33180
Tel: (305) 931-3000

*Attorneys for Defendant BLU Products, Inc.*