# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

SISVEL INTERNATIONAL S.A.,
and 3G LICENSING S.A.,

Plaintiffs,

v.

BLU PRODUCTS, INC.,

Defendant.

Civil Action No. 20-cv-20813-RNS

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Plaintiffs Sisvel International S.A. and 3G Licensing S.A. ("Sisvel") and Defendant BLU Products, Inc. ("Blu") hereby submit this Joint Claim Construction and Prehearing Statement pursuant to the Court's Scheduling Order (D.I. 48) ("Scheduling Order") entered on July 31, 2020.

The parties do not believe any terms need to be construed by the Court and have not proposed any terms for construction in this litigation.

Dated: January 6, 2021

/s/ Jorge Espinosa
Jorge Espinosa, Esq.
Florida Bar No: 779032
jorge.espinosa@gray-robinson.com
Francesca Russo, Esq.
francesca.russo@gray-robinson.com
Robert R. Jimenez, Esq.
robert.jimenez@gray-robinson.com
**GRAY | ROBINSON, P.A.**
333 S.E. 2nd Ave., Suite 300
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887

/s/ Bernard Egozi
Bernard L. Egozi (Florida Bar No. 152544)
begozi@egozilaw.com
Yanina Zilberman (Florida Bar No. 105665)
yanina@egozilaw.com
EGOZI & BENNETT, P.A.
2999 NE 191 Street, Suite 407
Aventura, Florida 33180
Tel: (305) 931-3000

*Attorneys for Defendant BLU Products, Inc.*

OF COUNSEL:

Neil A. Benchell (admitted *pro hac vice*)
nbenchell@devlinlawfirm.com
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, DE 19806
Tel: 302-449-9010

*Attorneys for Plaintiffs*
*Sisvel International S.A.*
*and 3G Licensing S.A.*