# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 20-20813-Scola**

SISVEL INTERNATIONAL S.A.,
and 3G LICENSING S.A.,

        Plaintiffs,

v.

BLU PRODUCTS INC.,

        Defendant.

## NOTICE OF FILING JOINT PROPOSED ORDER SCHEDULING MEDIATION

PURSUANT TO this Honorable Court's Scheduling Order and Order of Referral to Mediation [DE 48] the parties hereby file their proposed Order Scheduling Mediation.

Dated: January 26, 2021

/s/Jorge Espinosa/
Jorge Espinosa, Esq.
Florida Bar No: 779032
Jorge.espinosa@gray-robinson.com
GRAY | ROBINSON, P.A.
333 S.E. 2nd Ave., Suite 300
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887

OF COUNSEL:

Neil A. Benchell (admitted *pro hac vice*)
nbenchell@devlinlawfirm.com
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, DE 19806
Tel: 302-449-9010

*Attorney for Plaintiffs*
*SISVEL INTERNATIONAL S.A.*
*and SISVEL S.p.A.*