## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### Civil Action No. 20-20813-Scola

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., <br><br> and 3G LICENSING S.A., <br><br>         Plaintiffs, <br><br> v. <br><br> BLU PRODUCTS INC., <br><br>         Defendant. | |

### [PROPOSED] ORDER SCHEDULING MEDIATION

The parties will hold the mediation conference in this matter before Brian Spector on March 15, 2021 to be held remotely. The parties have agreed to this date, and the mediator is available on this date. The parties may not reschedule the mediation without leave of the Court.

**Done and ordered** in chambers, at Miami Florida, on _____.

 

_____
Robert N. Scola, Jr.
United States District Judge

i