United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Sisvel International S.A. and 3G Licensing S.A., Plaintiffs,<br><br>v.<br><br>BLU Products Inc., Defendant. | Civil Action No. 20-20813-Civ-Scola |

### Order Scheduling Mediation

  The mediation conference in this matter will be held with Brian Spector on March 15, 2021. The mediator and the parties have agreed to this date. It may not be rescheduled without leave of the Court. If, at the time of the scheduled mediation, travel and social-interaction restrictions are still in place or being recommended due to the coronavirus pandemic, the parties must arrange for mediation to occur via videoconference.

  The Court reminds the parties that the mediation report is due within seven days following the mediation conference. If the mediator fails to file a mediation report within seven days following the mediation conference, lead counsel must file a mediation report within 14 days after the mediation conference.

  **Done and ordered**, in Miami, Florida, on February 8, 2021.

                _____
                Robert N. Scola, Jr.
                United States District Judge