# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 1:20-cv-20813-RNS

SISVEL INTERNATIONAL, S.A.,

    Plaintiff,

v.

BLU PRODUCTS, INC.,

    Defendant.

_____/

## JOINT STIPULATION AND MOTION FOR ENTRY OF PARTIAL CONSENT JUDGMENT

Pursuant to Local Rule 16(b)(2), counsel for Plaintiff, Sisvel International, S.A. ("Sisvel"), and Defendant, BLU Products, Inc. ("BLU," and together with Sisvel, the "Parties") have met and conferred regarding simplification of the issues presented in this case and resolution of Plaintiff's Motion for Judgment on the Pleadings (Dkt. No. 56) and in response to the Court's Order of January 8, 2021 (Dkt. No. 58). Counsel have identified several issues in this case that are uncontested and thus can be eliminated from the case via stipulation and partial consent judgment, which will serve the interests of judicial economy and ensure speedy resolution of the action.

The Parties hereby stipulate to the following:

    1. The Asserted Patents[1] are valid and enforceable. BLU shall not, in any manner or proceeding, contest the validity or enforceability of the Asserted Patents or assert in any way that

---

[1] The Asserted Patents are United States Patent Nos. 6,529,561, 7,433,698, 8,364,196, 7,751,803, 7,894,443, and 7,274,933.

the Asserted Patents are invalid or unenforceable, except BLU may contest future validity, enforceability or damages on the basis that an Asserted Patent has expired.

2. BLU is not contesting infringement of the Asserted Patents as alleged in the Amended Complaint (Dkt. No. 34). BLU shall not, in any manner or proceeding, contest infringement of the Asserted Patents as alleged in the Amended Complaint, except BLU may contest future validity, enforceability or damages on the basis that an Asserted Patent has expired.

3. BLU's First, Second, Third, and Fourth Affirmative Defenses are hereby stricken pursuant to Fed.R.Civ.P. 12(f).

4. In light of the foregoing stipulations, the Parties believe that discovery can be streamlined and agree that *Markman* (*i.e.*, claim construction) proceedings will not be required in this case.

5. In light of the foregoing stipulations, the Parties request entry of the partial consent judgment attached hereto as Exhibit A.

Dated: February 16, 2021

/s/Bernard L. Egozi
Bernard L. Egozi (Florida Bar No. 152544)
begozi@egozilaw.com
Yanina Zilberman (Florida Bar No. 105665)
yanina@egozilaw.com
EGOZI & BENNETT, P.A.
2999 NE 191 Street, Suite 407
Aventura, Florida 33180
Telephone: (305) 931-3000

*Counsel for Defendant*
*Blu Products, Inc.*

/s/ Jorge Espinosa
Jorge Espinosa, Esq.
Florida Bar No.: 779032
jorge.espinosa@gray-robinson.com
Francesca Russo, Esq.
Florida Bar No.: 174912
francesca.russo@gray-robinson.com
Robert R. Jimenez, Esq.
Florida Bar No.: 72020
robert.jimenez@gray-robinson.com
GRAY ROBINSON, P.A.
333 S.E. 2nd Ave., Suite 300
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887

OF COUNSEL:

Neil A. Benchell
Admitted (pro hac vice)
nbenchell@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Tel: 302-449-9010

*Counsel for Plaintiffs*
*Sisvel International S.A.*
*and 3G Licensing S.A.*

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-20813-RNS

SISVEL INTERNATIONAL, S.A.,

    Plaintiff,

v.

BLU PRODUCTS, INC.,

    Defendant.
_____/

**PARTIAL CONSENT JUDGMENT**

THIS MATTER comes before the Court upon Plaintiff's Motion for Judgment on the Pleadings (Dkt. No. 56) and the stipulation of the parties—Plaintiff, Sisvel International, S.A. ("Sisvel") and Defendant, BLU Products, Inc. ("BLU")—requesting that a partial judgment, as to the matters set forth below, be entered as follows.

THIS COURT ADJUDGES AND DECREES AS FOLLOWS:

1. United States Patent Nos. 6,529,561, 7,433,698, 8,364,196, 7,751,803, 7,894,443, and 7,274,933 (the "Asserted Patents") are valid and enforceable. BLU shall not, in any manner or proceeding, contest the validity or enforceability of the asserted patents or assert in any way that the asserted patents are invalid or unenforceable, except BLU may contest future validity, enforceability or damages on the basis that a patent has expired.

2. BLU is not contesting infringement of the Asserted Patents as alleged in the Amended Complaint (Dkt. No. 34). BLU shall not, in any manner or proceeding, contest infringement of the Asserted Patents as alleged in the Amended Complaint,

except BLU may contest future validity, enforceability or damages on the basis that an Asserted Patent has expired.

3. BLU's First, Second, Third, and Fourth Affirmative Defenses are hereby stricken pursuant to Fed.R.Civ.P. 12(f).

_____
**ROBERT N. SCOLA, Jr.**
**United States District Judge**

February \_\_\_, 2021