# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 20-20813-Civ-Scola/Torres

**SISVEL INTERNATIONAL S.A.**
**and 3G LICENSING S.A.,**

    Plaintiffs,

vs.

**BLU PRODUCTS, INC.,**

    Defendant..
_____/

## Mediation Report

In accordance with S.D. Fla. L. R. 16.2(f), the undersigned mediator reports that on March 15, 2021, a mediation conference was held, all required parties were present, but the parties did **not** reach an agreement to settle the case.

| | |
|---|---|
| Dated: March 22, 2021<br>Miami, Florida | Respectfully submitted,<br><br>  s/   Brian F. Spector<br>Brian F. Spector<br>brian@bspector.com<br>Brian F. Spector, LLC<br>13551 S.W. 57th Court<br>Miami, Florida 33156-7235<br>Telephone 305.666.1664 |

*"No certificate of service is required*
*when a paper is served by filing it with*
*the court's electronic-filing system." Fed.R.Civ.P. 5(d)(1)(B).*

**Brian F. Spector, LLC ♦ 13551 S.W. 57th Court ♦ Miami, Florida 33156-7235**
**Tel 305.666.1664 ♦ Cell 305.613.5200 ♦ brian@bspector.com**