United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Sisvel International S.A., Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 20-20813-Civ-Scola |
| | ) |
| BLU Products Inc., Defendant. | ) |

**Partial Consent Judgment**

This matter comes before the Court upon Plaintiff Sisvel International S.A.'s motion for judgment on the pleadings (ECF No. 56) and the stipulation of the parties—Sisvel and Defendant, BLU Products, Inc. ("BLU")—requesting that a partial judgment, as to the matters set forth below, be entered as follows.

The Court, thus, adjudges and decrees as follows:

1. The Court **grants** Sisvel's motion for judgment on the pleadings, as to liability, as set forth below (**ECF No. 56**).
2. United States Patent Nos. 6,529,561, 7,433,698, 8,364,196, 7,751,803, 7,894,443, and 7,274,933 (the "Asserted Patents") are valid and enforceable. BLU shall not, in any manner or proceeding, contest the validity or enforceability of the asserted patents or assert in any way that the asserted patents are invalid or unenforceable, except BLU may contest future validity, enforceability or damages on the basis that a patent has expired.
3. BLU is not contesting infringement of the Asserted Patents as alleged in the Amended Complaint (Dkt. No. 34). BLU shall not, in any manner or proceeding, contest infringement of the Asserted Patents as alleged in the Amended Complaint, except BLU may contest future validity, enforceability or damages on the basis that an Asserted Patent has expired.
4. BLU's First, Second, Third, and Fourth Affirmative Defenses are hereby stricken pursuant to Fed. R. Civ. P. 12(f).

**Done and ordered** in Miami, Florida, on April 20, 2021.

_____
Robert N. Scola, Jr.
United States District Judge