IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Civil Action No. 20-20813-Scola

SISVEL INTERNATIONAL S.A.,
and 3G LICENSING S.A.,

                Plaintiffs,

v.

BLU PRODUCTS INC.,

                Defendant.

**JOINT MOTION TO EXTEND EXPERT DISCOVERY AND
DISPOSITIVE MOTION DEADLINES**

Plaintiffs Sisvel International S.A. and 3G Licensing S.A. ("Sisvel") and Defendant BLU Products, Inc. ("BLU"), hereby move this court, jointly, for an order extending expert discovery and dispositive motion deadlines and in support states as follows:

1. On July 31, 2020, this court issued a scheduling order [D.E. 48] settling the following relevant deadlines:

    a. May 26, 2021, Deadline to complete fact discovery. Deadline to disclose the identity of expert witnesses, and to exchange expert witness summaries/reports pursuant to Federal Rule of Civil Procedure 26(a)(2). Rebuttal disclosures are permitted, and must conform to the deadline set forth in Federal Rule of Civil Procedure 26(a)(2)(C)(ii).

    b. July 9, 2021, Deadline to complete all expert discovery.

    c. July 20, 2021, Deadline for filing all dispositive motions and *Daubert* motions.

2. The parties have been actively engaged in settlement negotiations and foresee that an amicable resolution of the case is possible saving the court the time and the parties the expense of trial.

3. As a result the parties are hesitant to employ experts thereby adding significant expense to the case which could interfere with and potentially undermine the settlement process.

4. Furthermore the findings of the expert in the public record could create irreparable harm to the parties which would also undermine the possibility of a settlement.

5. The parties there respectfully ask the court extend the above mentioned deadlines as follows:

   a. From May 26, 2021 to June 25, 2021, for Deadline to complete fact discovery. Deadline to disclose the identity of expert witnesses, and to exchange expert witness summaries/reports pursuant to Federal Rule of Civil Procedure 26(a)(2). Rebuttal disclosures are permitted, and must conform to the deadline set forth in Federal Rule of Civil Procedure 26(a)(2)(C)(ii).

   b. From July 9, 2021 to August 6, 2021, for Deadline to complete all expert discovery.

   c. From July 20, 2021 to August 20, 2021, for Deadline for filing all dispositive motions and *Daubert* motions.

6. These changes will not affect or change the current trial and pre-trial dealines.

7. These changes are not requested for purposes of delay but will serve the help the parties attempt to reach an amicable resolution.

8. The parties have met and conferred and make this motion jointly.

<SIGNATURE ON NEXT PAGE>

WHEREFORE, the parties jointly respectfully move this Court for extension of the three deadlines identified above.

Dated: May 25, 2021

/s/ Jorge Espinosa
Jorge Espinosa, Esq.
Florida Bar No: 779032
Jorge.espinosa@gray-robinson.com
GRAY | ROBINSON, P.A.
333 S.E. 2nd Ave., Suite 300
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887

OF COUNSEL:

Neil A. Benchell
  (admitted pro hac vice)
nbenchell@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Tel: 302-449-9010

*Attorney for Plaintiffs*
*SISVEL INTERNATIONAL S.A.*
*and 3g Licensing S.A.*

/s/ Bernard L. Egozi
Bernard L. Egozi
Florida Bar No. 152544
begozi@egozilaw.com
Yanina Zilberman
Florida Bar No. 105665
yanina@egozilaw.com
2999 NE 191 Street, Suite 407
Aventura, Florida 33180
Tel: 305-931-3000

*Counsel for Defendant,*
*Blu Products, Inc.*